1  ERIC GRANT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:24-MC-00317-DJC-CKD

12           Plaintiff,

13      v.                                 STIPULATION AND ORDER EXTENDING
                                           TIME FOR FILING A COMPLAINT FOR
14  APPROXIMATELY $282,500.00 IN           FORFEITURE AND/OR TO OBTAIN AN
    U.S. CURRENCY,                         INDICTMENT ALLEGING FORFEITURE
15
             Defendant.
16

17

18      It is hereby stipulated by and between the United States of America and potential claimant Ronnie

19  Borrego ("claimant"), by and through their respective counsel, as follows:

20      1.      On or about May 15, 2024, claimant filed a claim in the administrative forfeiture

21  proceeding with the Drug Enforcement Administration with respect to the above-referenced currency

22  (hereafter "defendant currency"), which was seized on or about February 9, 2024.

23      2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

24  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

25  person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

26  than claimant has filed a claim to the defendant currency as required by law in the administrative

27  forfeiture proceeding.

28      3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

                                           1

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was August 13, 2024.

4.     By Stipulation and Order filed August 13, 2024, the parties stipulated to extend to October 11, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order filed October 8, 2024, the parties stipulated to extend to December 10, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     By Stipulation and Order filed December 9, 2024, the parties stipulated to extend to February 7, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.     By Stipulation and Order filed February 6, 2025, the parties stipulated to extend to March 10, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.     By Stipulation and Order filed March 10, 2025, the parties stipulated to extend to April 24, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.     By Stipulation and Order filed April 24, 2025, the parties stipulated to extend to June 6, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

Stipulation and Order to Extend Time

10.    By Stipulation and Order filed June 2, 2025, the parties stipulated to extend to July 21, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.    By Stipulation and Order filed July 21, 2025, the parties stipulated to extend to September 19, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12.    By Stipulation and Order filed September 22, 2025, the parties stipulated to extend to October 20, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 19, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

///

///

3

14.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to November 19, 2025.

Dated: 10/20/2025                           ERIC GRANT
                                            United States Attorney

                                  By:       /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
                                            Assistant U.S. Attorney


Dated: 10/20/2025                           /s/ Isaac Safier
                                            ISAAC SAFIER
                                            Attorney for potential claimant
                                            Ronnie Borrego
                                            (Authorized by phone)


**IT IS SO ORDERED**.


Dated:  October 20, 2025                     /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

4

Stipulation and Order to Extend Time